

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00261-CR

Jose Manuel **VILLAGRAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR3653B
Honorable Melisa C. Skinner, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED January 17, 2024.

_____
Liza A. Rodriguez, Justice